ARNOLD & PORTER LLP
GILBERT R. SEROTA (Bar No. 75305)
gilbert.serota@aporter.com
ERICA M. CONNOLLY (Bar No. 288822)
erica.connolly@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:  (415) 471-3100
Facsimile:  (415) 471-3400

LOWELL HAKY (No. 178526)
Vice President and Associate General Counsel
MAI KLAASSEN (No. 209546)
Vice President and Associate General Counsel
CHARLES SCHWAB & CO., INC.
211 Main Street
San Francisco, CA 94105
Telephone:  (415) 471-3100
Facsimile:  (415) 471-3400

Attorneys for Defendants THE CHARLES SCHWAB
CORPORATION and CHARLES SCHWAB & CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CRAGO, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO., INC., CHARLES R. SCHWAB, and WALTER W. BETTINGER II,<br><br>　　　　　Defendants. | Case No.  3:16-cv-3938-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND TO VACATE INITIAL CASE MANAGEMENT CONFERENCE** |

1  WHEREAS, Plaintiff Robert Crago ("Plaintiff") filed his complaint on July 13, 2016;

2  WHEREAS, the Court set an initial case management conference for October 13, 2016 (*see*

3  ECF No. 13);

4  WHEREAS, on July 27, 2016, Plaintiff sent a Notice of Lawsuit and Request To Waive

5  Service of Summons to Defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc.,

6  Charles R. Schwab, and Walter W. Bettinger II (collectively "Defendants");

7  WHEREAS, Defendants agreed to waive service as to The Charles Schwab Corporation and

8  Charles Schwab & Co., Inc. and sent these waivers to Plaintiff on August 26, 2016;

9  WHEREAS, pursuant to the Securities Exchange Act of 1934 (as amended by the Private

10  Securities Litigation Reform Act of 1995) (*see* 15 U.S.C. §78u-4(a)(3)(i)(II)) and Civ. L.R. 23-1(b),

11  on September 16, 2016, two sets of parties moved the Court for appointment as lead plaintiff of the

12  putative class, and the hearing on the motion is set for October 27, 2016 (*see* ECF Nos. 14, 17);

13  WHEREAS, Plaintiff Crago has not moved for appointment as lead plaintiff of the putative

14  class;

15  WHEREAS, following appointment of lead plaintiff, a new or Amended Complaint will be

16  filed and Defendants anticipate that they will likely move to dismiss said Complaint;

17  WHEREAS, these parties agree that in light of the foregoing circumstances and in the

18  interest of judicial efficiency, administration and justice, as well as conservation of judicial and

19  private resources, the appointed lead plaintiff who amends or files a new Complaint should be

20  responsible for responding to Defendants' intended motion to dismiss;

21  WHEREAS, the parties have conferred and have agreed to extend the deadline for

22  Defendants to respond to the Amended Complaint until 30 days after the lead plaintiff files the

23  Amended Complaint;

24  WHEREAS, pursuant to the terms of the Securities Exchange Act (as amended by the

25  PSLRA) (*see* 15 U.S.C. §78u-4(b)(3)(B)), all discovery is currently stayed pending resolution of

26  any motion to dismiss filed by Defendants; and

27  WHEREAS, these parties also agree that the initial case management conference, now set to

28  occur before the hearing on lead plaintiff, should be vacated.

1   **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL BY THIS COURT**, by these parties through their respective counsel of record, as follows:

 1. Defendants' deadline to respond to the Complaint will be extended until 30 days after the appointed lead plaintiff files a new or Amended Complaint;

 2. The initial case management conference currently scheduled for October 13, 2016 will be vacated;

 3. These parties have not sought any other extension of time in this action;

 4. These parties do not seek to reset these dates for the purpose of delay.  The proposed new dates will not have an effect on any pre-trial and trial dates as the Court has yet to schedule these dates.

SO STIPULATED.

Dated:   September 23, 2016           ARNOLD & PORTER LLP

By:  */s/ Gilbert R. Serota*
     GILBERT R. SEROTA

Attorneys for Defendants THE CHARLES SCHWAB CORPORATION and CHARLES SCHWAB & CO., INC.

Dated:   September 23, 2016           LEVI & KORSINSKY LLP

By:  */s/ Adam McCall*
     ADAM MCCALL

Attorneys for Plaintiff
ROBERT CRAGO

**ATTESTATION**

I, Gilbert R. Serota, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order To Extend Deadline To Respond To Complaint And To Vacate Initial Case Management Conference.  In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for plaintiff, Adam McCall, concurs in this filing.

DATED:  September 23, 2016.

*/s/ Gilbert R. Serota*
GILBERT R. SEROTA

1    **[~~PROPOSED~~] ORDER**

2    Based on the parties' stipulation and the good cause described therein, the Court GRANTS

3    this stipulation. Defendants' deadline to respond is 30 days after the appointed lead plaintiff for the

4    putative class files a new or Amended Complaint. The initial case management conference set for

5    October 13 ~~is vacated~~ shall be continued to January 5, 2017. Joint case management statement due December 29, 2016.

6    IT IS SO ORDERED.

8    DATED: 9/26/16

     _____
     HON. RICHARD SEEBORG
     U.S. District Court Judge