ARNOLD & PORTER LLP
GILBERT R. SEROTA (75305)
gilbert.serota@aporter.com
ERICA M. CONNOLLY ( 288822)
erica.connolly@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:  (415) 471-3100
Facsimile:  (415) 471-3400

LOWELL HAKY (178526)
Vice President and Associate General Counsel
MAI KLAASSEN ( 209546)
Vice President and Associate General Counsel
CHARLES SCHWAB & CO., INC.
211 Main Street
San Francisco, CA 94105
Telephone:  (415) 471-3100
Facsimile:  (415) 471-3400

Attorneys for Defendants THE CHARLES SCHWAB
CORPORATION and
CHARLES SCHWAB & CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CRAGO, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO., INC., CHARLES R. SCHWAB, and WALTER W. BETTINGER II,<br><br>Defendants. | Case No.  3:16-cv-3938-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET DEADLINE FOR FILING NEW COMPLAINT AND SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

WHEREAS, pursuant to the PSLRA (*see* 15 U.S.C. §78u-4(a)(3)(i)(II)) and Civ. L.R. 23-1(b), on November 2, 2016, the Court appointed Robert Wolfson and Frank Pino ("Plaintiffs") as lead plaintiffs of the putative class and Glancy Prongay & Murray LLP and Bragar Eagel & Squire, P.C., as lead counsel for the putative class;

WHEREAS, Defendants The Charles Schwab Corp. and Charles Schwab & Co., Inc. (collectively "Schwab") have met and conferred with Plaintiffs' counsel about filing a new complaint and a briefing schedule for Schwab's motion to dismiss;

WHEREAS, the parties have agreed to the following schedule for the filing of the new complaint and for the briefing of Schwab's motion to dismiss:

| | |
|---|---|
| January 13, 2017: | Filing New Complaint |
| March 3, 2017: | Schwab's Motion To Dismiss |
| April 14, 2017: | Plaintiffs' Opposition to Schwab's Motion |
| May 12, 2017: | Schwab's Reply |

WHEREAS, the Court continued the October 13, 2016 initial case management conference until January 5, 2017, with a case management statement due December 29, 2017 (*see* Dkt. No. 24);

WHEREAS, pursuant to the PSLRA, 15 U.S.C. § 78i-4(b)(3)(B), discovery generally shall be stayed during the pendency of a defendant's anticipated motion to dismiss;

WHEREAS, the parties further agree that in light of the foregoing circumstances and in the interest of judicial efficiency, administration and justice, as well as conservation of judicial and private resources, the Initial Case Management Conference should be continued until after the Court has decided Schwab's motion to dismiss and there is an operative complaint on file;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL BY THIS COURT**, by these parties through their respective counsel of record, as follows:

1.      Plaintiffs' deadline to file a new complaint will be January 13, 2017;

2.      Schwab's deadline to file its motion to dismiss will be March 3, 2017;

3.      Plaintiffs' deadline to file its opposition to Schwab's motion will be April 14, 2017;

4.      Schwab's deadline to file its reply to its motion will be May 12, 2017;

5.      The initial case management conference and all accompanying deadlines will be continued until after the Court decides Schwab's motion to dismiss and there is an operative complaint on file;

6.      The parties do not seek to reset these dates for the purpose of delay.  The proposed new dates will not have an effect on any pre-trial and trial dates as the Court has yet to schedule these dates.

SO STIPULATED.


Dated:  November 15, 2016                    ARNOLD & PORTER LLP


By:    _/s/ Gilbert R. Serota_____
       GILBERT R. SEROTA

       Attorneys for Defendant
       CHARLES SCHWAB & COMPANY, INC.



Dated:  November 15, 2016                    BRAGAR EAGEL & SQUIRE P.C.


By:    _/s/ Brandon Walker_____
       BRANDON WALKER

       Attorneys for Plaintiffs
       ROBERT WOLFSON AND FRANK PINO

Dated:  November 15, 2016                    GLANCY PRONGAY & MURRAY LLP


By:    _/s/ Joshua L. Crowell_____
       JOSHUA L. CROWELL

       Attorneys for Plaintiffs
       ROBERT WOLFSON AND FRANK PINO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Gilbert R. Serota, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order To Set Deadline For Filing New Complaint And Setting Briefing Schedule For Motion To Dismiss. In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for plaintiffs, Brandon Walker and Joshua Crowell, concur in this filing.


DATED: November 15, 2016                         _____
                                                                                */s/ Gilbert R. Serota*
                                                                                GILBERT R. SEROTA




**[~~PROPOSED~~] ORDER**

Based on the parties' stipulation and the good cause described therein, the Court GRANTS this stipulation.  The following schedule shall apply:

| | |
|---|---|
| January 13, 2017: | Plaintiffs' Deadline To File A New Complaint |
| March 3, 2017: | Schwab's Deadline To File A Motion To Dismiss |
| April 14, 2017: | Plaintiffs' Deadline To File An Opposition to Schwab's Motion |
| May 12, 2017: | Schwab's Deadline To File Reply |

The Court orders that the initial case management conference and all accompanying deadlines will be continued until after the Court decides Schwab's motion to dismiss.

IT IS SO ORDERED.


DATED: __11/18/16_____                _____
                                                                                Hon. Richard Seeborg
                                                                                U.S. District Court Judge