Lionel Z. Glancy (SBN #134180)
Robert V. Prongay (SBN #270796)
Joshua L. Crowell (SBN #295411)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: rprongay@glancylaw.com

J. Brandon Walker
Todd H. Henderson
**BRAGAR EAGEL & SQUIRE, P.C.**
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5858
Facsimile: (212) 486-0462
Email: walker@bespc.com

Attorneys for Lead Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CRAGO, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO., INC., CHARLES R. SCHWAB, and WALTER W. BETTINGER II,<br><br>Defendants. | Case No.  3:16-cv-3938-RS<br><br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

Lead Plaintiffs Robert Wolfson and Frank Pino ("Lead Plaintiffs") and Defendants The Charles Schwab Corp., Charles Schwab & Co., Inc., Charles R. Schwab, and Walter W. Bettinger II ("Defendants"), by and through their respective counsel, have met and conferred and hereby stipulate as follows:

WHEREAS, pursuant to a stipulated order entered by the Court on November 18, 2016 (ECF No. 41), Lead Plaintiffs' amended complaint is due January 13, 2017;

WHEREAS, due to the recent illnesses of certain attorneys handling the case for Co-Lead Counsel, Lead Plaintiffs sought Defendants' consent to a one-week extension of time to file the amended complaint;

WHEREAS, Lead Plaintiffs and Defendants have met and conferred about extending all deadlines previously stipulated to in this action by one week and the parties mutually agree, with the Court's approval, that the new deadlines shall be as follows:

| Date | Event |
|---|---|
| January 20, 2017: | Lead Plaintiffs Filing Amended Complaint |
| March 10, 2017: | Schwab's Motion to Dismiss |
| April 21, 2017: | Lead Plaintiffs' Opposition to Schwab's Motion |
| May 19, 2017: | Schwab's Reply |

WHEREAS, the parties further agree that in light of the foregoing circumstances and in the interest of judicial efficiency, administration and justice, as well as conservation of judicial and private resources, the Initial Case Management Conference should be continued until after the Court has decided Schwab's motion to dismiss and there is an operative complaint on file; and

WHEREAS, this is the parties' first request for an extension of any deadline in this case.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL BY THIS COURT**, by these parties through their respective counsel of record, as follows:

1. Lead Plaintiffs' deadline to file a new complaint will be January 20, 2017;

2. Schwab's deadline to file its motion to dismiss will be March 10, 2017;

- 2 -

3. Lead Plaintiffs' deadline to file its opposition to Schwab's motion will be April 21, 2017;

4. Schwab's deadline to file its reply to its motion will be May 19, 2017;

5. The initial case management conference and all accompanying deadlines will be continued until after the Court decides Schwab's motion to dismiss and there is an operative complaint on file; and

6. The parties do not seek to reset these dates for the purpose of delay. The proposed new dates will not have an effect on any pre-trial and trial dates as the Court has yet to schedule these dates.

SO STIPULATED.

Dated:   January 12, 2017

**GLANCY PRONGAY & MURRAY LLP**

By:   */s/ Joshua L. Crowell*
Robert V. Prongay (#270796)
Joshua L. Crowell (#295411)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**BRAGAR EAGEL & SQUIRE, P.C.**

By:   */s/ J. Brandon Walker*
J. Brandon Walker
Todd H. Henderson
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5858
Facsimile: (212) 486-0462
walker@bespc.com
henderson@bespc.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

Dated:   January 12, 2017

**ARNOLD & PORTER KAYE SCHOLER LLP**

By:   */s/ Gilbert R. Serota*
Gilbert R. Serota
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3170
Facsimile: (415) 471-3400
gilbert.serota@apks.com

*Attorneys for Defendants*

## ATTESTATION

I, Joshua L. Crowell, am the ECF User whose identification and password are being used to file this Proposed Order of Consolidation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Co-Lead Counsel for Plaintiffs, Robert Wolfson and Frank Pino, concurs in this filing.

DATED: January 12, 2017                             */s/ Joshua L. Crowell*
                                                    JOSHUA L. CROWELL

## [PROPOSED] ORDER

Based on the parties' stipulation and the good cause described therein, the Court GRANTS this stipulation. The following schedule shall apply:

| | |
|---|---|
| January 20, 2017: | Plaintiffs' Deadline To File A New Complaint |
| March 10, 2017: | Schwab's Deadline To File A Motion To Dismiss |
| April 21, 2017: | Plaintiffs' Deadline To File An Opposition to Schwab's Motion |
| May 19, 2017: | Schwab's Deadline To File Reply |

The Court orders that the initial case management conference and all accompanying deadlines will be continued until after the Court decides Schwab's motion to dismiss;

IT IS SO ORDERED.

DATED: 1/12/17                                      _____
                                                    Hon. Richard Seeborg
                                                    U.S. District Court Judge