| | |
|---|---|
| 1 | LIONEL Z. GLANCY (#134180) |
| | *lglancy@glancylaw.com* |
| 2 | JOSHUA L. CROWELL (#295411) |
| | *jcrowell@glancylaw.com* |
| 3 | GARTH SPENCER |
| | *gspencer@glancylaw.com* |
| 4 | GLANCY PRONGAY & MURRAY LLP |
| | 1925 Century Park East, Suite 2100 |
| 5 | Los Angeles, California 90067 |
| | Telephone: (310) 201-9150 |
| 6 | Facsimile: (310) 201-9160 |

LAWRENCE P. EAGEL
 *eagel@bespc.com*
JEFFREY H. SQUIRE
 *squire@bespc.com*
DAVID J. STONE
 *stone@bespc.com*
TODD H. HENDERSON
 *henderson@bespc.com*
BRAGAR EAGEL & SQUIRE, P.C.
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5858
Facsimile: (212) 486-0462

*Attorneys for Lead Plaintiffs Robert Wolfson and Frank Pino and Co-Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CRAGO, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES SCHWAB & CO., INC., and THE CHARLES SCHWAB CORPORATION, <br><br> Defendants. | Case No. 3:16-cv-3938-RS <br><br> <u>CLASS ACTION</u> <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF BRIEFING SCHEUDLE** |

Pursuant to Local Rule 6-2, Lead Plaintiffs Robert Wolfson and Frank Pino ("Lead Plaintiffs"), and Defendants Charles Schwab & Co., Inc. and The Charles Schwab Corporation ("Defendants" or "Schwab"; collectively, the "Parties"), by and through their respective counsel, for good cause, hereby stipulate as follows:

WHEREAS, on June 12, 2017, the Court dismissed the Amended Class Action Complaint with leave to amend (ECF No. 64);

WHEREAS, on July 26, 2017, the Court entered a stipulated order scheduling the briefing of Defendants' motion to dismiss (ECF No. 76);

WHEREAS, on August 3, 2017, the Court granted the request for an extension of time to file an amended complaint until August 14, 2017 (ECF No. 80);

WHEREAS, on September 6, 2017, the Court continued the motion hearing previously set for November 2, 2107, to November 9, 2017 (ECF No. 84), then to November 13 (ECF NO. 85);

WHEREAS, at Lead Plaintiffs' request, Defendants have agreed to extend the briefing schedule, and the Parties mutually agree, with the Court's approval, that the new deadlines shall be as follows:

    October 4, 2017:     Opposition to motion to dismiss

    October 25, 2017:    Reply in support of motion to dismiss

    November 13, 1017:   Hearing on motion to dismiss

WHEREAS, the Parties have previously requested and were granted extensions of time to respond to the complaint (ECF No. 23), to continue the initial case management conference (ECF No. 39), and to extend the time to file an amended complaint (ECF No. 80);

WHEREAS, the changes requested herein will not alter the hearing date for the motion to dismiss or of any other deadlines already fixed by Court order, as this Court has yet to schedule pre-trial and trial dates.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL BY THIS COURT, by the Parties, through their respective counsel of record, as follows:

1. Lead Plaintiffs' deadline to file an opposition to Schwab's motion will be October 4, 2017;

2. Schwab's deadline to file the reply in support of its motion will be October 25, 2017; and

5. The hearing on Schwab's motion to dismiss will be held on November 13, 2017, or another date as determined by this Court.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: September 25, 2017 | **GLANCY PRONGAY & MURRAY LLP** |
| 2 | | |
| 3 | | By: _/s/ Joshua L. Crowell_ |
| 4 | | Joshua L. Crowell (#295411)<br>1925 Century Park East, Suite 2100 |
| 5 | | Los Angeles, California 90067<br>Telephone: (310) 201-9150 |
| 6 | | Facsimile: (310) 201-9160<br>Email: jcrowell@glancylaw.com |
| 7 | | *Co-Lead Counsel for Lead Plaintiffs and the Class* |
| 8 | | |
| 9 | | **BRAGAR EAGEL & SQUIRE, P.C.** |
| 10 | | |
| 11 | | By: _/s/ David J. Stone_ |
| 12 | | David J. Stone<br>885 Third Avenue, Suite 3040 |
| 13 | | New York, New York 10022<br>Telephone: (212) 308-5858 |
| 14 | | Facsimile: (212) 486-0462<br>stone@bespc.com |
| 15 | | *Co-Lead Counsel for Lead Plaintiffs and the Class* |
| 16 | | |
| 17 | | |
| 18 | Dated: September 25, 2017 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| 19 | | |
| 20 | | |
| 21 | | By: _/s/ Gilbert R. Serota_ |
| 22 | | Gilbert R. Serota<br>Three Embarcadero Center, 10th Floor |
| 23 | | San Francisco, CA 94111-4024<br>Telephone: (415) 471-3170 |
| 24 | | Facsimile: (415) 471-3400<br>gilbert.serota@apks.com |
| 25 | | *Attorneys for Defendants* |
| 26 | | |
| 27 | | |
| 28 | | |

## ATTESTATION

I, Joshua L. Crowell, am the ECF User whose identification and password are being used to file this Proposed Order of Consolidation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Counsel for Defendants concur in this filing.

DATED: September 25, 2017

*/s/ Joshua L. Crowell*
JOSHUA L. CROWELL

# [~~PROPOSED~~] ORDER

Based on the Parties' stipulation and the good cause described therein, the Court GRANTS this stipulation. The following schedule shall apply:

    October 4, 2017:    Lead Plaintiffs' Deadline to File Opposition to Schwab's Motion

    October 25, 2017:    Schwab's Deadline to File Reply in Support of Motion

    November 13, 2017:    Hearing for Schwab's Motion to Dismiss

IT IS SO ORDERED.

DATED: 9/25/17

                                        Hon. Richard Seeborg
                                        U.S. District Court Judge