ARNOLD & PORTER KAYE SCHOLER LLP
GILBERT R. SEROTA (SBN 75305)
gilbert.serota@apks.com
JEE YOUNG YOU (SBN 241658)
jeeyoungyou@apks.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3170
Facsimile: (415) 471-3400

LOWELL HAKY (SBN 178526)
Vice President and Associate General Counsel
MAI KLAASSEN (SBN 209546)
Vice President and Associate General Counsel
CHARLES SCHWAB & CO., INC.
211 Main Street
San Francisco, CA 94105
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

Attorneys for Defendants CHARLES SCHWAB & CO.,
INC. and THE CHARLES SCHWAB CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CRAGO, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC., and THE CHARLES SCHWAB CORPORATION,<br><br>Defendants. | Case No. 3:16-cv-3938-RS<br><br><u>CLASS ACTION</u><br>ORDER<br>STIPULATION TO (1) CONTINUE CASE MANAGEMENT CONFERENCE AND (2) EXTEND DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT |

Pursuant to Local Rule 6-2, Defendants Charles Schwab & Co., Inc. and The Charles Schwab Corporation ("Defendants" or "Schwab") and Lead Plaintiffs Robert Wolfson and Frank Pino ("Lead Plaintiffs"; collectively the "Parties"), by and through their respective counsel, for good cause, hereby stipulate as follows:

WHEREAS, on December 5, 2017, this Court issued an Order Denying Defendants' Motion to Dismiss the Second Amended Complaint ("Order," ECF 98);

- 1 -
STIPULATION AND [PROPOSED] ORDER
Case No. 16-cv-3938-RS

WHEREAS, the initial case management conference ("CMC") is currently scheduled for December 14, 2017, at 10:00 a.m., and the CMC statement is due on December 7, 2017 (ECF 77);

WHEREAS, lead counsel for Schwab has been in arbitration this week, and is expected to be in arbitration through December 8, 2017, thus the parties are unable to meaningfully meet and confer prior to the December 7, 2017 deadline to file the CMC statement;

WHEREAS, the Parties agree that additional time to confer regarding the case schedule, ADR processes, and the CMC statement is necessary in the interest of judicial efficiency, administration and justice, as well as conservation of judicial and private resources;

WHEREAS, the current deadline for Defendants to respond to the Second Amended Complaint ("SAC") is December 19, 2017;

WHEREAS, due to previously-scheduled deadlines and obligations, Defendants have requested and Plaintiffs have agreed to an additional 30 days for Defendants to respond to the SAC;

WHEREAS, the Parties have previously requested and were granted extensions of time to respond to the complaint and requested to continue the initial case management conference (ECF 23, 39, 76), and the changes requested herein will not alter the date of any deadlines already fixed by Court order, as this Court has yet to schedule pre-trial and trial dates.

NOW, THEREFORE, IT IS STIPULATED BY AND AGREED AMONG THE PARTIES, SUBJECT TO APPROVAL BY THIS COURT, by these parties through their respective counsel of record, as follows:

1. Schwab's deadline to file its response to the Second Amended Complaint will be January 12, 2018;
2. The initial Case Management Conference will be continued to January 25, 2018, or another date no earlier than January 25, 2018, as determined by this Court.

//
//
//
//

IT IS SO STIPULATED.

Dated: December 7, 2017      **ARNOLD & PORTER KAYE SCHOLER LLP**

By:    */s/ Jee Young You*
       Gilbert R. Serota
       Jee Young You
       gilbert.serota@apks.com
       jeeyoungyou@apks.com
       Three Embarcadero Center, 10th Floor
       San Francisco, CA 94111-4024
       Telephone: (415) 471-3170
       Facsimile: (415) 471-3400
       *Attorneys for Defendants*

Dated: December 7, 2017      **GLANCY PRONGAY & MURRAY LLP**

By:    */s/ Joshua L. Crowell*
       Joshua L. Crowell (#295411)
       1925 Century Park East, Suite 2100
       Los Angeles, California 90067
       Telephone: (310) 201-9150
       Facsimile: (310) 201-9160
       Email: jcrowell@glancylaw.com
       *Co-Lead Counsel for Lead Plaintiffs and the Class*

**BRAGAR EAGEL & SQUIRE, P.C.**

By:    */s/ David J. Stone*
       David J. Stone
       885 Third Avenue, Suite 3040
       New York, New York 10022
       Telephone: (212) 308-5858
       Facsimile: (212) 486-0462
       stone@bespc.com
       *Co-Lead Counsel for Lead Plaintiffs and the Class*

# ATTESTATION

I, Jee Young You, am the ECF User whose identification and password are being used to file this **STIPULATION TO (1) CONTINUE CASE MANAGEMENT CONFERENCE AND (2) EXTEND DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT**. In compliance with Local Rule 5-1(i)(3), I hereby attest that Counsel for Defendants concur in this filing.

DATED: December 7, 2017 /s/ *Jee Young You*
JEE YOUNG YOU

[~~PROPOSED~~] ORDER

NOW, THEREFORE, IT IS STIPULATED BY AND AGREED AMONG THE PARTIES:

1. Schwab's deadline to file its response to the Second Amended Complaint will be January 12, 2018;

2. The initial Case Management Conference will be continued to January 25, 2018, or another date no earlier than January 25, 2018, as determined by this Court.

IT IS SO ORDERED.

DATED: 12/7/17

_____
Hon. Richard Seeborg
U.S. District Court Judge