LIONEL Z. GLANCY (#134180)
  lglancy@glancylaw.com
JOSHUA L. CROWELL (#295411)
  jcrowell@glancylaw.com
GARTH SPENCER
  gspencer@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

LAWRENCE P. EAGEL
  eagel@bespc.com
DAVID J. STONE (#208961)
  stone@bespc.com
MELISSA A. FORTUNATO (#319767)
  henderson@bespc.com
BRAGAR EAGEL & SQUIRE, P.C.
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5858
Facsimile: (212) 486-0462

*Attorneys for Lead Plaintiffs Robert Wolfson and Frank Pino and Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT CRAGO, Individually And On Behalf Of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   v.<br><br>CHARLES SCHWAB & CO., INC., and THE CHARLES SCHWAB CORPORATION,<br><br>             Defendants. | Case No. 3:16-cv-3938-RS<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF CLASS CERTIFICATION SCHEDULE** |

Pursuant to Local Rule 6-2, Lead Plaintiffs Robert Wolfson and Frank Pino and named plaintiff Scott Posson ("Plaintiffs"), and Defendants Charles Schwab & Co., Inc. and The Charles Schwab Corporation ("Defendants" or "Schwab" and, together with Plaintiffs, the "Parties"), by and through their respective counsel, for good cause, hereby stipulate as follows:

WHEREAS, on June 21, 2018, the Court entered a Case Management Scheduling Order setting the case schedule through the class certification hearing (ECF No. 136);

WHEREAS, the Parties have engaged in class certification and merits discovery and are continuing to meet and confer in good faith regarding outstanding issues;

WHEREAS, in connection with class certification discovery, Plaintiffs seek from third-party UBS Securities, LLC ("UBS") the production of additional data regarding trade orders that Schwab routed to UBS during the Class Period;

WHEREAS, Plaintiffs have met and conferred with UBS on multiple occasions regarding the scope of the order data production, a negotiation that Plaintiffs believe has presented several complex and novel issues;

WHEREAS, Plaintiffs are hopeful that they will be able to reach an agreement with UBS, but need an extension of the current class certification deadlines to allow them to obtain the trade order data;

WHEREAS, at Plaintiffs' request, Defendants have agreed, with the Court's approval, to modify the Case Management Scheduling Order to extend the deadlines through the class certification hearing;

WHEREAS, this is the Parties first request for an extension of the deadlines in the Case Management Scheduling Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL BY THIS COURT, as follows:

The deadlines through the class certification hearing shall be as follows:

| Event | Deadline |
|---|---|
| Pre-class certification fact depositions | March 29, 2019 |
| Plaintiffs' expert disclosures and report(s) concerning class certification (including any backup materials) | April 15, 2019 |
| Defendants' expert disclosures and report(s) concerning class certification (including any backup materials) | July 1, 2019 |
| Plaintiffs' rebuttal report(s) concerning class certification (including any backup materials) | August 16, 2019 |
| Expert depositions concerning class certification | September 3 - 13, 2019 |
| Plaintiffs' class certification motion and *Daubert* challenges | October 4, 2019 |
| Defendants' class certification opposition, *Daubert* challenges, and *Daubert* opposition | December 4, 2019 |
| Plaintiffs' reply brief, opposition to *Daubert* challenges, and reply to *Daubert* challenges of Defendants' expert(s) | December 20, 2019 |
| Defendants' reply to *Daubert* challenges of Plaintiffs' experts | January 13, 2020 |
| Class Certification Hearing | ~~TBD~~ (as soon as practicable on a date convenient to the Court) January 30, 2020 at 1:30 pm. |

IT IS SO STIPULATED.

Dated: December 12, 2018  **GLANCY PRONGAY & MURRAY LLP**

By: */s/ Joshua L. Crowell*
Joshua L. Crowell (#295411)
jcrowell@glancylaw.com
Lionel Glancy (#134180)
lglancy@glancylaw.com
Vahe Mesropyan (#307244)
vmesropyan@glancylaw.com
Garth Spencer
gspencer@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiff Frank Pino and Co-Lead Counsel for the Class*

| | |
|---|---|
| 1 | **BRAGAR EAGEL & SQUIRE, P.C.** |
| | Lawrence P. Eagel |
| 2 | eagel@bespc.com |
| | David J. Stone (#208961) |
| 3 | stone@bespc.com |
| | Melissa A. Fortunato (#319767) |
| 4 | fortunato@bespc.com |
| | 885 Third Avenue, Suite 3040 |
| 5 | New York, New York 10022 |
| | Telephone: (212) 308-5858 |
| 6 | Facsimile: (212) 486-0462 |
| 7 | *Attorneys for Lead Plaintiff Robert Wolfson and Co-Lead Counsel for the Class* |
| 8 | **LEVI & KORSINSKY, LLP** |
| | Eduard Korsinsky |
| 9 | nporritt@zlk.com |
| | Nicholas I. Porritt |
| 10 | nporritt@zlk.com |
| | Nancy A. Kulesa |
| 11 | nkulesa@zlk.com |
| | Christopher J. Kupka |
| 12 | ckupka@zlk.com |
| | 30 Broad Street, 24th Floor |
| 13 | New York, New York 10004 |
| | Telephone: (212) 363-7500 |
| 14 | Facsimile: (212) 363-7171 |
| 15 | |
| 16 | *Attorneys for Plaintiff Scott Posson* |

| | | |
|---|---|---|
| 1 | Dated: December 12, 2018 | **ARNOLD & PORTER** |
| 2 | | |
| 3 | | By: _Gilbert R. Serota_ |
| | | Gilbert R. Serota |
| 4 | | gilbert.serota@arnold.porter.com |
| | | Three Embarcadero Center, 10th Floor |
| 5 | | San Francisco, CA 94111-4024 |
| | | Telephone: (415) 471-3170 |
| 6 | | Facsimile: (415) 471-3400 |

*Attorneys for Defendants*

**SIDLEY AUSTIN LLP**
Alex Kaplan
ajkaplan@sidley.com
Jon W. Muenz
jmuenz@sidley
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Defendants*

# ATTESTATION

I, Joshua L. Crowell, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order for Extension of Class Certification Schedule. In compliance with Local Rule 5-1(i)(3), I hereby attest that Counsel for Defendants concur in this filing.

DATED: December 12, 2018

*Joshua L. Crowell*
Joshua L. Crowell

# [PROPOSED] ORDER

Based on the Parties' stipulation and the good cause described therein, the Court GRANTS this stipulation. The following schedule shall apply:

| Event | Deadline |
|---|---|
| Pre-class certification fact depositions | March 29, 2019 |
| Plaintiffs' expert disclosures and report(s) concerning class certification (including any backup materials) | April 15, 2019 |
| Defendants' expert disclosures and report(s) concerning class certification (including any backup materials) | July 1, 2019 |
| Plaintiffs' rebuttal report(s) concerning class certification (including any backup materials) | August 16, 2019 |
| Expert depositions concerning class certification | September 3 - 13, 2019 |
| Plaintiffs' class certification motion and *Daubert* challenges | October 4, 2019 |
| Defendants' class certification opposition, *Daubert* challenges, and *Daubert* opposition | December 4, 2019 |
| Plaintiffs' reply brief, opposition to *Daubert* challenges, and reply to *Daubert* challenges of Defendants' expert(s) | December 20, 2019 |
| Defendants' reply to *Daubert* challenges of Plaintiffs' experts | January 13, 2020 |
| Class Certification Hearing | ~~TBD~~ (as soon as practicable on a date convenient to the Court) January 30, 2020 at 1:30 pm |

IT IS SO ORDERED.

DATED: 12/13/18

_____
Hon. Richard Seeborg
U.S. District Court Judge