LIONEL Z. GLANCY (#134180)
  lglancy@glancylaw.com
JOSHUA L. CROWELL (#295411)
  jcrowell@glancylaw.com
VAHE MESROPYAN (#307244)
  vmesropyan@glancylaw.com
GARTH SPENCER
  gspencer@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

LAWRENCE P. EAGEL
  eagel@bespc.com
DAVID J. STONE (#208961)
  stone@bespc.com
MELISSA A. FORTUNATO (#319767)
  henderson@bespc.com
BRAGAR EAGEL & SQUIRE, P.C.
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5858
Facsimile: (212) 486-0462

*Attorneys for Lead Plaintiffs Robert Wolfson and Frank
Pino and Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT CRAGO, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES SCHWAB & CO., INC., and THE CHARLES SCHWAB CORPORATION, <br><br> Defendants. | Case No.  3:16-cv-3938-RS <br><br> CLASS ACTION <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF CLASS CERTIFICATION SCHEDULE** <br> AS MODIFIED |

Pursuant to Local Rule 6-2, Lead Plaintiffs Robert Wolfson and Frank Pino, named plaintiff Scott Posson (collectively "Plaintiffs"), and Defendants Charles Schwab & Co., Inc. and The Charles Schwab Corporation ("Defendants" or "Schwab" and, together with Plaintiffs, the "Parties"), by and through their respective counsel, for good cause, hereby stipulate as follows:

WHEREAS, on June 21, 2018, the Court entered a Case Management Scheduling Order setting the case schedule through the class certification hearing (ECF No. 136);

WHEREAS, the Parties have engaged in class certification and merits discovery and are continuing to meet and confer in good faith regarding outstanding issues;

WHEREAS, in connection with class certification discovery, Plaintiffs seek from third-party UBS Securities, LLC ("UBS") the production of additional data regarding trade orders that Schwab routed to UBS during the Class Period;

WHEREAS, Plaintiffs have met and conferred with UBS on multiple occasions regarding the scope of the order data production, a negotiation that Plaintiffs believe has presented several complex and novel issues;

WHEREAS, Plaintiffs have been unable to reach an agreement with UBS regarding the production of trade data and on March 5, 2019, Plaintiffs filed a Motion to Compel Production in the United States District Court for the Southern District of New York (the "Motion to Compel") (attached hereto as Exhibit 1);

WHEREAS, the Motion to Compel is fully briefed but oral argument has not yet been scheduled;

WHEREAS, Plaintiffs need an extension of the current class certification deadlines to accommodate the pending Motion to Compel;

WHEREAS, at Plaintiffs' request, Defendants have agreed, with the Court's approval, to modify the Case Management Scheduling Order to extend the deadlines through the class certification hearing;

WHEREAS, this is the Parties second request for an extension of the deadlines in the Case Management Scheduling Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL BY THIS COURT, as follows:

The deadlines through the class certification hearing shall be as follows:

| Event | Deadline |
| --- | --- |
| Pre-class certification fact depositions | July 2, 2019 |
| Plaintiffs' expert disclosures and report(s) concerning class certification (including any backup materials) | September 2, 2019 |
| Defendants' expert disclosures and report(s) concerning class certification (including any backup materials) | November 18, 2019 |
| Plaintiffs' rebuttal report(s) concerning class certification (including any backup materials) | January 7, 2020 |
| Expert depositions concerning class certification | January 23-February 6, 2020 |
| Plaintiffs' class certification motion and *Daubert* challenges | February 24, 2020 |
| Defendants' class certification opposition, *Daubert* challenges, and *Daubert* opposition | April 27, 2020 |
| Plaintiffs' reply brief, opposition to *Daubert* challenges, and reply to *Daubert* challenges of Defendants' expert(s) | May 14, 2020 |
| Defendants' reply to *Daubert* challenges of Plaintiffs' experts | June 2, 2020 |
| Class Certification Hearing | TBD (as soon as practicable on a date convenient to the Court) |
| Date for Parties to Seek to Engage in Private Mediation | November 1, 2019 |

IT IS SO STIPULATED.

Dated:  April 12, 2019

**GLANCY PRONGAY & MURRAY LLP**

By:   _/s/ Joshua L. Crowell_
Joshua L. Crowell (#295411)
jcrowell@glancylaw.com
Lionel Glancy (#134180)
lglancy @glancylaw.com
Vahe Mesropyan (#307244)
vmesropyan@glancylaw.com
Garth Spencer
gspencer@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiff Frank Pino and Co-Lead Counsel for the Class*

**BRAGAR EAGEL & SQUIRE, P.C.**
Lawrence P. Eagel
eagel@bespc.com
David J. Stone (#208961)
stone@bespc.com
Melissa A. Fortunato (#319767)
fortunato@bespc.com
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5858
Facsimile: (212) 486-0462

*Attorneys for Lead Plaintiff Robert Wolfson and Co-Lead Counsel for the Class*

**LEVI & KORSINSKY, LLP**
Eduard Korsinsky
nporritt@zlk.com
Nicholas I. Porritt
nporritt@zlk.com
Nancy A. Kulesa
nkulesa@zlk.com
Christopher J. Kupka
ckupka@zlk.com
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

*Attorneys for Plaintiff Scott Posson*

1

2
Dated:  April 12, 2019

**ARNOLD & PORTER**

3

4
By:   *Gilbert R. Serota*
Gilbert R. Serota
gilbert.serota@arnold.porter.com

5
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024

6
Telephone: (415) 471-3170
Facsimile: (415) 471-3400

7

8
**SIDLEY AUSTIN LLP**
Alex Kaplan
ajkaplan@sidley.com

9
Jon W. Muenz
jmuenz@sidley

10
787 Seventh Avenue
New York, NY 10019

11
Telephone:  (212) 839-5300
Facsimile: (212) 839-5599

12

13
*Attorneys for Defendants*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION**

2

I, Joshua L. Crowell, am the ECF User whose identification and password are being used to

3

file this Joint Stipulation And [Proposed] Order For Extension Of Class Certification Schedule.  In

4

compliance with Local Rule 5-1(i)(3), I hereby attest that Counsel for Defendants concur in this

5

filing.

6

7

DATED:  April 12, 2019

8

_____

*Joshua L. Crowell*
Joshua L. Crowell

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

**[PROPOSED]** ORDER

Based on the Parties' stipulation and the good cause described therein, the Court GRANTS this stipulation.  The following schedule shall apply:

| Event | Deadline |
|---|---|
| Pre-class certification fact depositions | July 2, 2019 |
| Plaintiffs' expert disclosures and report(s) concerning class certification (including any backup materials) | September 2, 2019 |
| Defendants' expert disclosures and report(s) concerning class certification (including any backup materials) | November 18, 2019 |
| Plaintiffs' rebuttal report(s) concerning class certification (including any backup materials) | January 7, 2020 |
| Expert depositions concerning class certification | January 23-February 6, 2020 |
| Plaintiffs' class certification motion and *Daubert* challenges | February 24, 2020 |
| Defendants' class certification opposition, *Daubert* challenges, and *Daubert* opposition | April 27, 2020 |
| Plaintiffs' reply brief, opposition to *Daubert* challenges, and reply to *Daubert* challenges of Defendants' expert(s) | May 14, 2020 |
| Defendants' reply to *Daubert* challenges of Plaintiffs' experts | June 2, 2020 |
| Class Certification Hearing | ~~TBD (as soon as practicable on a date convenient to the Court)~~ June 25, 2020 |
| Date for Parties to Seek to Engage in Private Mediation | November 1, 2019 |

IT IS SO ORDERED.

DATED: ___4/19/2019___

_____
Hon. Richard Seeborg
U.S. District Court Judge

- 6 -