LIONEL Z. GLANCY (#134180)
  lglancy@glancylaw.com
JOSHUA L. CROWELL (#295411)
  jcrowell@glancylaw.com
GARTH SPENCER (*pro hac vice*)
  gspencer@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

LAWRENCE P. EAGEL (*pro hac vice*)
  eagel@bespc.com
DAVID J. STONE (#208961)
  stone@bespc.com
MELISSA A. FORTUNATO (#319767)
  fortunato@bespc.com
BRAGAR EAGEL & SQUIRE, P.C.
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5858
Facsimile: (212) 486-0462

*Attorneys for Lead Plaintiffs Robert Wolfson and Frank Pino and Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT CRAGO, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC., and THE CHARLES SCHWAB CORPORATION,<br><br>Defendants. | Case No. 3:16-cv-3938-RS<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF CLASS CERTIFICATION SCHEDULE**<br> AS MODIFIED BY THE COURT |

Pursuant to Local Rule 6-2, Lead Plaintiffs Robert Wolfson and Frank Pino and named plaintiff Scott Posson ("Plaintiffs"), and Defendants Charles Schwab & Co., Inc. and The Charles Schwab Corporation ("Defendants" or "Schwab" and, together with Plaintiffs, the "Parties"), by and through their respective counsel, for good cause, hereby stipulate as follows:

WHEREAS, on April 15, 2019, the Court entered a Case Management Scheduling Order setting the case schedule through the class certification hearing (ECF No. 144);

WHEREAS, the Parties have engaged in class certification and merits discovery and are continuing to meet and confer in good faith regarding outstanding issues;

WHEREAS, in connection with class certification discovery, Plaintiffs seek from third-party UBS Securities, LLC ("UBS") the production of additional data regarding trade orders that Schwab routed to UBS during the Class Period;

WHEREAS, Plaintiffs were unable to reach an agreement with UBS regarding the production of trade data and on March 5, 2019, Plaintiffs filed a Motion to Compel Production in the United States District Court for the Southern District of New York (the "Motion to Compel");

WHEREAS, oral argument was held on the Motion to Compel on May 29, 2019, during which the court instructed the parties to continue to meet and confer regarding the scope of the production with the understanding that UBS must begin the process of complying with Plaintiffs' subpoena;

WHEREAS, Plaintiffs have continued to meet and confer with UBS, and UBS has been producing trading data on a rolling basis, but production of the necessary trade data is not yet complete, and UBS has indicated that it needs additional time to complete its production;

WHEREAS, Plaintiffs need an extension of the current class certification deadlines to accommodate the receipt of full trade data from UBS;

WHEREAS, at Plaintiffs' request, Defendants have agreed, with the Court's approval, to modify the Case Management Scheduling Order to extend the deadlines through the class certification hearing;

WHEREAS, this is the Parties' third request for an extension of the deadlines in the Case Management Scheduling Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL BY THIS COURT, as follows:

The deadlines through the class certification hearing shall be as follows:

| Event | Deadline |
|---|---|
| Pre-class certification fact depositions | April 24, 2020 |
| Plaintiffs' expert disclosures and report(s) concerning class certification (including any backup materials) | May 27, 2020 |
| Defendants' expert disclosures and report(s) concerning class certification (including any backup materials) | August 12, 2020 |
| Plaintiffs' rebuttal report(s) concerning class certification (including any backup materials) | October 1, 2020 |
| Expert depositions concerning class certification | October 16, 2020-October 30, 2020 |
| Plaintiffs' class certification motion and *Daubert* challenges | November 17, 2020 |
| Defendants' class certification opposition, *Daubert* challenges, and *Daubert* opposition | January 19, 2021 |
| Plaintiffs' reply brief, opposition to *Daubert* challenges, and reply to *Daubert* challenges of Defendants' expert(s) | February 5, 2021 |
| Defendants' reply to *Daubert* challenges of Plaintiffs' experts | February 24, 2021 |
| Class Certification Hearing | TBD (as soon as is practicable on a date convenient to the court) |
| Date for Parties to Seek to Engage in Private Mediation | July 15, 2020 |

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: September 3, 2019 | **GLANCY PRONGAY & MURRAY LLP** |
| 2 | | By: *Joshua L. Crowell*<br>Joshua L. Crowell (#295411) |
| 3 | | *jcrowell@glancylaw.com*<br>Lionel Glancy (#134180) |
| 4 | | *lglancy@glancylaw.com*<br>Vahe Mesropyan (#307244) |
| 5 | | *vmesropyan@glancylaw.com*<br>Garth Spencer (*pro hac vice*) |
| 6 | | *gspencer@glancylaw.com*<br>1925 Century Park East, Suite 2100 |
| 7 | | Los Angeles, California 90067<br>Telephone: (310) 201-9150 |
| 8 | | Facsimile: (310) 201-9160 |
| 9 | | *Attorneys for Lead Plaintiff Frank Pino and Co-Lead Counsel for the Class* |
| 10 | | |
| 11 | | **BRAGAR EAGEL & SQUIRE, P.C.**<br>Lawrence P. Eagel (*pro hac vice*) |
| 12 | | *eagel@bespc.com*<br>David J. Stone (#208961) |
| 13 | | *stone@bespc.com*<br>Melissa A. Fortunato (#319767) |
| 14 | | *fortunato@bespc.com*<br>885 Third Avenue, Suite 3040 |
| 15 | | New York, New York 10022<br>Telephone: (212) 308-5858 |
| 16 | | Facsimile: (212) 486-0462 |
| 17 | | *Attorneys for Lead Plaintiff Robert Wolfson and Co-Lead Counsel for the Class* |
| 18 | | **LEVI & KORSINSKY, LLP** |
| 19 | | Eduard Korsinsky<br>*ek@zlk.com* |
| 20 | | Nicholas I. Porritt (*pro hac vice*)<br>*nporritt@zlk.com* |
| 21 | | Nancy A. Kulesa<br>*nkulesa@zlk.com* |
| 22 | | Christopher J. Kupka<br>*ckupka@zlk.com* |
| 23 | | 55 Broadway, 10th Floor<br>New York, New York 10006 |
| 24 | | Telephone: (212) 363-7500<br>Facsimile: (212) 363-7171 |
| 25 | | |
| 26 | | *Attorneys for Plaintiff Scott Posson* |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: September 3, 2019 | **ARNOLD & PORTER** |
| 2 | | By: _Gilbert R. Serota_ |
| | | Gilbert R. Serota (#75305) |
| 3 | | gilbert.serota@arnold.porter.com |
| 4 | | Three Embarcadero Center, 10th Floor |
| | | San Francisco, CA 94111-4024 |
| 5 | | Telephone: (415) 471-3170 |
| | | Facsimile: (415) 471-3400 |
| 6 | | **SIDLEY AUSTIN LLP** |
| 7 | | Alex Kaplan (*pro hac vice*) |
| | | ajkaplan@sidley.com |
| 8 | | Jon W. Muenz (*pro hac vice*) |
| | | jmuenz@sidley |
| 9 | | 787 Seventh Avenue |
| | | New York, NY 10019 |
| 10 | | Telephone: (212) 839-5300 |
| | | Facsimile: (212) 839-5599 |
| 11 | | *Attorneys for Defendants* |

## ATTESTATION

I, Joshua Crowell, am the ECF User whose identification and password are being used to file this Proposed Order for Extension of Class Certification Schedule. In compliance with Local Rule 5-1(i)(3), I hereby attest that Counsel for Defendants concur in this filing.

DATED: September 3, 2019    *s/ Joshua Crowell*
                            Joshua Crowell

# [~~PROPOSED~~] ORDER

Based on the Parties' stipulation and the good cause described therein, the Court GRANTS this stipulation. The following schedule shall apply:

| Event | Deadline |
|---|---|
| Pre-class certification fact depositions | April 24, 2020 |
| Plaintiffs' expert disclosures and report(s) concerning class certification (including any backup materials) | May 27, 2020 |
| Defendants' expert disclosures and report(s) concerning class certification (including any backup materials) | August 12, 2020 |
| Plaintiffs' rebuttal report(s) concerning class certification (including any backup materials) | October 1, 2020 |
| Expert depositions concerning class certification | October 16, 2020-October 30, 2020 |
| Plaintiffs' class certification motion and *Daubert* challenges | November 17, 2020 |
| Defendants' class certification opposition, *Daubert* challenges, and *Daubert* opposition | January 19, 2021 |
| Plaintiffs' reply brief, opposition to *Daubert* challenges, and reply to *Daubert* challenges of Defendants' expert(s) | February 5, 2021 |
| Defendants' reply to *Daubert* challenges of Plaintiffs' experts | February 24, 2021 |
| Class Certification Hearing | ~~TBD (as soon as practicable on a date convenient to the Court)~~ March 11, 2021 |
| Date for Parties to Seek to Engage in Private Mediation | July 15, 2020 |

Absent a showing of extraordinary cicumstances, no further extensions will be granted.

IT IS SO ORDERED.

DATED: September 5, 2019

_____
Hon. Richard Seeborg
U.S. District Court Judge