Lionel Z. Glancy (SBN 134180)
Robert V. Prongay (SBN 270796)
Jonathan M. Rotter (SBN 234137)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: jrotter@glancylaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*
[*Additional counsel on signature page*]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CRAGO, Individually and on Behalf of All Others Similarly Situated, | ) Case No. 3:16-cv-03938-RS ) ) |
| Plaintiff, | ) **NOTICE OF APPEARANCE OF** ) **JONATHAN M. ROTTER** |
| v. | ) ) |
| CHARLES SCHWAB & CO., INC., THE CHARLES SCHWAB CORPORATION, | ) ) ) |
| Defendants. | ) ) ) ) ) ) ) ) ) |

345978.1

NOTICE OF APPEARANCE
Case No. 3:16-cv-03938-RS

1     TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

    PLEASE TAKE NOTICE that Jonathan M. Rotter ("Rotter") of Glancy Prongay & Murray LLP hereby enters his appearance as counsel of record for Lead Plaintiffs in the above-captioned matter. It is respectfully requested that Rotter be added to the service list of this action and that copies of all pleadings and notices pertaining to the above-entitled matter be forwarded to counsel at the following address:

Jonathan M. Rotter
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: jrotter@glancylaw.com

    Rotter is admitted to the United States District Court, Northern District of California, and is licensed to practice law in the State of California.

Dated:  March 27, 2020     **GLANCY PRONGAY & MURRAY LLP**

By:  *s/ Jonathan M. Rotter*
Lionel Z. Glancy
Robert V. Prongay
Jonathan M. Rotter
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: jrotter@glancylaw.com

**BRAGAR EAGEL & SQUIRE, P.C.**
J. Brandon Walker
Todd H. Henderson
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5858
Facsimile: (212) 486-0462
Email: walker@bespc.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

345978.1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On March 27, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 27, 2020, at Los Angeles, California.

*s/ Jonathan M. Rotter*
Jonathan M. Rotter