LIONEL Z. GLANCY (#134180)
  lglancy@glancylaw.com
JONATHAN ROTTER (#234137)
  jrotter@glancylaw.com
GARTH SPENCER (*pro hac vice*)
  gspencer@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

LAWRENCE P. EAGEL (*pro hac vice*)
  eagel@bespc.com
DAVID J. STONE (#208961)
  stone@bespc.com
MELISSA A. FORTUNATO (#319767)
  fortunato@bespc.com
BRAGAR EAGEL & SQUIRE, P.C.
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5858
Facsimile: (212) 486-0462

*Attorneys for Lead Plaintiffs Robert Wolfson and Frank Pino and Co-Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CRAGO, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES SCHWAB & CO., INC., and THE CHARLES SCHWAB CORPORATION,<br><br>　　　　　　Defendants. | Case No. 3:16-cv-3938-RS<br><br>CLASS ACTION<br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF CLASS CERTIFICATION SCHEDULE** |

Pursuant to Local Rule 6-2, Lead Plaintiffs Robert Wolfson and Frank Pino and named plaintiff Scott Posson ("Plaintiffs"), and Defendants Charles Schwab & Co., Inc. and The Charles Schwab Corporation ("Defendants" or "Schwab" and, together with Plaintiffs, the "Parties"), by and through their respective counsel, for good cause, hereby stipulate as follows:

WHEREAS, on April 15, 2019, the Court entered a Case Management Scheduling Order setting the case schedule through the class certification hearing (ECF No. 144);

WHEREAS, the Parties have engaged in class certification and merits discovery and are continuing to meet and confer in good faith regarding outstanding issues;

WHEREAS, on February 5, 2020, Plaintiffs noticed a Rule 30(b)(6) deposition and Schwab has informed Plaintiffs that its witness is not available until May 7, 2020;

WHEREAS, the current deadline for pre-class certification fact depositions is April 24, 2020;

WHEREAS, the Parties need an extension of the current class certification deadlines to accommodate the date of this deposition;

WHEREAS, the Parties have agreed, with the Court's approval, to modify the Case Management Scheduling Order to extend the deadlines through the class certification hearing;

WHEREAS, this is the Parties' fourth request for an extension of the deadlines in the Case Management Scheduling Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL BY THIS COURT, as follows:

The deadlines through the class certification hearing shall be as follows:

| Event | Deadline |
|---|---|
| Pre-class certification fact depositions | June 12, 2020 |
| Plaintiffs' expert disclosures and report(s) concerning class certification (including any backup materials) | July 14, 2020 |
| Defendants' expert disclosures and report(s) concerning class certification (including any backup materials) | September 29, 2020 |
| Plaintiffs' rebuttal report(s) concerning class certification (including any backup materials) | November 17, 2020 |
| Expert depositions concerning class certification | November 30-December 14, 2020 |
| Plaintiffs' class certification motion and *Daubert* challenges | January 8, 2021 |
| Defendants' class certification opposition, *Daubert* challenges, and *Daubert* opposition | March 10, 2021 |
| Plaintiffs' reply brief, opposition to *Daubert* challenges, and reply to *Daubert* challenges of Defendants' expert(s) | March 30, 2021 |
| Defendants' reply to *Daubert* challenges of Plaintiffs' experts | April 21, 2021 |
| Class Certification Hearing | May 6, 2021 at 1:30 PM |
| Date for Parties to Seek to Engage in Private Mediation | September 4, 2020 |

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: April 6, 2020 | **GLANCY PRONGAY & MURRAY LLP** |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Jonathan Rotter |
| | | Jonathan Rotter (#234137) |
| 5 | | jrotter@glancylaw.com |
| | | Lionel Glancy (#134180) |
| 6 | | lglancy@glancylaw.com |
| | | Garth Spencer (*pro hac vice*) |
| 7 | | gspencer@glancylaw.com |
| | | 1925 Century Park East, Suite 2100 |
| 8 | | Los Angeles, California 90067 |
| | | Telephone: (310) 201-9150 |
| 9 | | Facsimile: (310) 201-9160 |
| 10 | | *Attorneys for Lead Plaintiff Frank Pino and Co-Lead Counsel for the Class* |
| 11 | | **BRAGAR EAGEL & SQUIRE, P.C.** |
| | | Lawrence P. Eagel |
| 12 | | eagel@bespc.com |
| | | David J. Stone (#208961) |
| 13 | | stone@bespc.com |
| | | Melissa A. Fortunato (#319767) |
| 14 | | fortunato@bespc.com |
| | | 885 Third Avenue, Suite 3040 |
| 15 | | New York, New York 10022 |
| | | Telephone: (212) 308-5858 |
| 16 | | Facsimile: (212) 486-0462 |
| 17 | | *Attorneys for Lead Plaintiff Robert Wolfson and Co-Lead Counsel for the Class* |
| 18 | | |
| 19 | | **LEVI & KORSINSKY, LLP** |
| | | Eduard Korsinsky |
| 20 | | nporritt@zlk.com |
| | | Nicholas I. Porritt |
| 21 | | nporritt@zlk.com |
| | | Nancy A. Kulesa |
| 22 | | nkulesa@zlk.com |
| | | 30 Broad Street, 24th Floor |
| 23 | | New York, New York 10004 |
| | | Telephone: (212) 363-7500 |
| 24 | | Facsimile: (212) 363-7171 |
| 25 | | |
| | | *Attorneys for Plaintiff Scott Posson* |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| Dated: April 6, 2020 | | **ARNOLD & PORTER** |

By: */s/ Gilbert R. Serota*
Gilbert R. Serota (#75305)
 gilbert.serota@arnold.porter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3170
Facsimile: (415) 471-3400

**SIDLEY AUSTIN LLP**
Alex Kaplan (*pro hac vice*)
 ajkaplan@sidley.com
Jon W. Muenz (*pro hac vice*)
 jmuenz@sidley
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Defendants*

## ATTESTATION

I, Jonathan Rotter, am the ECF User whose identification and password are being used to file this Proposed Order for Extension of Class Certification Schedule. In compliance with Local Rule 5-1(i)(3), I hereby attest that Counsel for Defendants concur in this filing.

DATED: April 6, 2020                              */s/ Jonathan Rotter*
                                                              Jonathan Rotter

# ORDER

Based on the Parties' stipulation and the good cause described therein, the Court GRANTS this stipulation. The following schedule shall apply:

| Event | Deadline |
| --- | --- |
| Pre-class certification fact depositions | June 12, 2020 |
| Plaintiffs' expert disclosures and report(s) concerning class certification (including any backup materials) | July 14, 2020 |
| Defendants' expert disclosures and report(s) concerning class certification (including any backup materials) | September 29, 2020 |
| Plaintiffs' rebuttal report(s) concerning class certification (including any backup materials) | November 17, 2020 |
| Expert depositions concerning class certification | November 30-December 14, 2020 |
| Plaintiffs' class certification motion and *Daubert* challenges | January 8, 2021 |
| Defendants' class certification opposition, *Daubert* challenges, and *Daubert* opposition | March 10, 2021 |
| Plaintiffs' reply brief, opposition to *Daubert* challenges, and reply to *Daubert* challenges of Defendants' expert(s) | March 30, 2021 |
| Defendants' reply to *Daubert* challenges of Plaintiffs' experts | April 21, 2021 |
| Class Certification Hearing | May 6, 2021 at 1:30 PM |
| Date for Parties to Seek to Engage in Private Mediation | September 4, 2020 |

IT IS SO ORDERED.

DATED: April 6, 2020

Hon. Richard Seeborg
U.S. District Court Judge