LIONEL Z. GLANCY (#134180)
  lglancy@glancylaw.com
JONATHAN ROTTER (#234137)
  jrotter@glancylaw.com
GARTH SPENCER (*pro hac vice*)
  gspencer@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

LAWRENCE P. EAGEL (*pro hac vice*)
  eagel@bespc.com
DAVID J. STONE (#208961)
  stone@bespc.com
MELISSA A. FORTUNATO (#319767)
  fortunato@bespc.com
BRAGAR EAGEL & SQUIRE, P.C.
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5858
Facsimile: (212) 486-0462

*Attorneys for Lead Plaintiffs Robert Wolfson and Frank Pino and Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT CRAGO, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC., and THE CHARLES SCHWAB CORPORATION,<br><br>Defendants. | Case No.  3:16-cv-3938-RS<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF CLASS CERTIFICATION SCHEDULE** |

1    Pursuant to Local Rule 6-2, Lead Plaintiffs Robert Wolfson and Frank Pino and named
2  plaintiff Scott Posson ("Plaintiffs"), and Defendants Charles Schwab & Co., Inc. and The Charles
3  Schwab Corporation ("Defendants" or "Schwab" and, together with Plaintiffs, the "Parties"), by and
4  through their respective counsel, for good cause, hereby stipulate as follows:

5    WHEREAS, on April 15, 2019, the Court entered a Case Management Scheduling Order
6  setting the case schedule through the class certification hearing (ECF No. 144), and on April 6, 2020
7  the Court so-ordered the Parties' stipulation to extend the case schedule (ECF No. 150);

8    WHEREAS, the Parties have engaged in class certification and merits discovery and are
9  continuing to meet and confer in good faith regarding outstanding issues;

10   WHEREAS, on February 5, 2020, Plaintiffs noticed a Rule 30(b)(6) deposition that was
11  originally scheduled for May 7, 2020;

12   WHEREAS, on June 1, 2020, the Parties met and conferred regarding the case schedule in
13  light of certain restrictions due to COVID-19 and in response to the Court's May 18, 2020 Order
14  (ECF No. 151);

15   WHEREAS, the Parties have agreed to re-schedule the Rule 30(b)(6) deposition for July 29,
16  2020 to potentially allow for an in person deposition;

17   WHEREAS, the current deadline for pre-class certification fact depositions is June 12, 2020,
18  so the Parties need an extension of the current class certification deadlines to accommodate the date
19  of this deposition;

20   WHEREAS, the Parties have agreed, with the Court's approval, to modify the Case
21  Management Scheduling Order to extend the deadlines by approximately one month for each deadlne
22  through the class certification hearing;

23   WHEREAS, this is the Parties' fifth request for an extension of the deadlines in the Case
24  Management Scheduling Order;

25   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO
26  APPROVAL BY THIS COURT, as follows:

27   The deadlines through the class certification hearing shall be as follows:

28

| Event | Deadline |
|---|---|
| Pre-class certification fact depositions | July 31, 2020 |
| Plaintiffs' expert disclosures and report(s) concerning class certification (including any backup materials) | September 1, 2020 |
| Defendants' expert disclosures and report(s) concerning class certification (including any backup materials) | November 6, 2020 |
| Plaintiffs' rebuttal report(s) concerning class certification (including any backup materials) | December 23, 2020 |
| Expert depositions concerning class certification | January 6-20, 2021 |
| Plaintiffs' class certification motion and *Daubert* challenges | February 15, 2021 |
| Defendants' class certification opposition, *Daubert* challenges, and *Daubert* opposition | April 16, 2021 |
| Plaintiffs' reply brief, opposition to *Daubert* challenges, and reply to *Daubert* challenges of Defendants' expert(s) | May 5, 2021 |
| Defendants' reply to *Daubert* challenges of Plaintiffs' experts | May 31, 2021 |
| Class Certification Hearing | TBD (as soon as practicable on a date convenient to the Court) |
| Date for Parties to Seek to Engage in Private Mediation | September 4, 2020 |

IT IS SO STIPULATED.

Dated:  June 22, 2020

**GLANCY PRONGAY & MURRAY LLP**

By: */s/ Jonathan Rotter*
Jonathan Rotter (#234137)
  *jrotter@glancylaw.com*
Lionel Glancy (#134180)
  *lglancy@glancylaw.com*
Garth Spencer (*pro hac vice*)
  *gspencer@glancylaw.com*
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiff Frank Pino and Co-Lead Counsel for the Class*

**BRAGAR EAGEL & SQUIRE, P.C.**
Lawrence P. Eagel
  *eagel@bespc.com*
David J. Stone (#208961)
  *stone@bespc.com*
Melissa A. Fortunato (#319767)
  *fortunato@bespc.com*
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5858
Facsimile: (212) 486-0462

*Attorneys for Lead Plaintiff Robert Wolfson and Co-Lead Counsel for the Class*

**LEVI & KORSINSKY, LLP**
Eduard Korsinsky
  *ek@zlk.com*
Nicholas I. Porritt
  *nporritt@zlk.com*
Nancy A. Kulesa
  *nkulesa@zlk.com*
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

*Attorneys for Plaintiff Scott Posson*

Dated: June 22, 2020                    **ARNOLD & PORTER**

By: *Gilbert R. Serota*
Gilbert R. Serota (#75305)
  gilbert.serota@arnold.porter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3170
Facsimile: (415) 471-3400

**SIDLEY AUSTIN LLP**
Alex Kaplan (*pro hac vice*)
  ajkaplan@sidley.com
Jon W. Muenz (*pro hac vice*)
  jmuenz@sidley
787 Seventh Avenue
New York, NY 10019
Telephone:  (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Defendants*

### ATTESTATION

I, Jonathan Rotter, am the ECF User whose identification and password are being used to file this Proposed Order for Extension of Class Certification Schedule.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Counsel for Defendants concur in this filing.


DATED:  June 22, 2020                    *Jonathan Rotter*
                                          Jonathan Rotter

# [PROPOSED] ORDER

Based on the Parties' stipulation and the good cause described therein, the Court GRANTS this stipulation. The following schedule shall apply:

| Event | Deadline |
|---|---|
| Pre-class certification fact depositions | July 31, 2020 |
| Plaintiffs' expert disclosures and report(s) concerning class certification (including any backup materials) | September 1, 2020 |
| Defendants' expert disclosures and report(s) concerning class certification (including any backup materials) | November 6, 2020 |
| Plaintiffs' rebuttal report(s) concerning class certification (including any backup materials) | December 23, 2020 |
| Expert depositions concerning class certification | January 6-20, 2021 |
| Plaintiffs' class certification motion and *Daubert* challenges | February 15, 2021 |
| Defendants' class certification opposition, *Daubert* challenges, and *Daubert* opposition | April 16, 2021 |
| Plaintiffs' reply brief, opposition to *Daubert* challenges, and reply to *Daubert* challenges of Defendants' expert(s) | May 5, 2021 |
| Defendants' reply to *Daubert* challenges of Plaintiffs' experts | May 31, 2021 |
| Class Certification Hearing | TBD (as soon as practicable on a date convenient to the Court) |
| Date for Parties to Seek to Engage in Private Mediation | September 4, 2020 |

IT IS SO ORDERED.

DATED: _____

Hon. Richard Seeborg
U.S. District Court Judge

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On June 22, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 22, 2020, at Los Angeles, California.

*s/ Jonathan Rotter*
Jonathan Rotter