1  LIONEL Z. GLANCY (#134180)
     *lglancy@glancylaw.com*
2  JONATHAN ROTTER (#234137)
     *jrotter@glancylaw.com*
3  GARTH SPENCER (*pro hac vice*)
     *gspencer@glancylaw.com*
4  GLANCY PRONGAY & MURRAY LLP
   1925 Century Park East, Suite 2100
5  Los Angeles, California 90067
   Telephone: (310) 201-9150
6  Facsimile: (310) 201-9160

7  LAWRENCE P. EAGEL (*pro hac vice*)
     *eagel@bespc.com*
8  DAVID J. STONE (#208961)
     *stone@bespc.com*
9  MELISSA A. FORTUNATO (#319767)
     *fortunato@bespc.com*
10 BRAGAR EAGEL & SQUIRE, P.C.
   885 Third Avenue, Suite 3040
11 New York, New York 10022
   Telephone: (212) 308-5858
12 Facsimile: (212) 486-0462

13 *Attorneys for Lead Plaintiffs Robert Wolfson and Frank Pino and Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT CRAGO, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC., and THE CHARLES SCHWAB CORPORATION,<br><br>Defendants. | Case No. 3:16-cv-3938-RS<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF CLASS CERTIFICATION SCHEDULE**<br>AS MODIFIED BY THE COURT |

Pursuant to Local Rule 6-2, Lead Plaintiffs Robert Wolfson and Frank Pino and named plaintiff Scott Posson ("Plaintiffs"), and Defendants Charles Schwab & Co., Inc. and The Charles Schwab Corporation ("Defendants" or "Schwab" and, together with Plaintiffs, the "Parties"), by and through their respective counsel, for good cause, hereby stipulate as follows:

WHEREAS, on April 15, 2019, the Court entered a Case Management Scheduling Order setting the case schedule through the class certification hearing (ECF No. 144), and on April 6, 2020 the Court so-ordered the Parties' stipulation to extend the case schedule (ECF No. 150);

WHEREAS, the Parties have engaged in class certification and merits discovery and are continuing to meet and confer in good faith regarding outstanding issues;

WHEREAS, on February 5, 2020, Plaintiffs noticed a Rule 30(b)(6) deposition that was originally scheduled for May 7, 2020;

WHEREAS, on June 1, 2020, the Parties met and conferred regarding the case schedule in light of certain restrictions due to COVID-19 and in response to the Court's May 18, 2020 Order (ECF No. 151);

WHEREAS, the Parties have agreed to re-schedule the Rule 30(b)(6) deposition for July 29, 2020 to potentially allow for an in person deposition;

WHEREAS, the current deadline for pre-class certification fact depositions is June 12, 2020, so the Parties need an extension of the current class certification deadlines to accommodate the date of this deposition;

WHEREAS, the Parties have agreed, with the Court's approval, to modify the Case Management Scheduling Order to extend the deadlines by approximately one month for each deadlne through the class certification hearing;

WHEREAS, this is the Parties' fifth request for an extension of the deadlines in the Case Management Scheduling Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL BY THIS COURT, as follows:

The deadlines through the class certification hearing shall be as follows:

| Event | Deadline |
|---|---|
| Pre-class certification fact depositions | July 31, 2020 |
| Plaintiffs' expert disclosures and report(s) concerning class certification (including any backup materials) | September 1, 2020 |
| Defendants' expert disclosures and report(s) concerning class certification (including any backup materials) | November 6, 2020 |
| Plaintiffs' rebuttal report(s) concerning class certification (including any backup materials) | December 23, 2020 |
| Expert depositions concerning class certification | January 6-20, 2021 |
| Plaintiffs' class certification motion and *Daubert* challenges | February 15, 2021 |
| Defendants' class certification opposition, *Daubert* challenges, and *Daubert* opposition | April 16, 2021 |
| Plaintiffs' reply brief, opposition to *Daubert* challenges, and reply to *Daubert* challenges of Defendants' expert(s) | May 5, 2021 |
| Defendants' reply to *Daubert* challenges of Plaintiffs' experts | May 31, 2021 |
| Class Certification Hearing | June 17, 2021 |
| Date for Parties to Seek to Engage in Private Mediation | September 4, 2020 |

IT IS SO STIPULATED.

Dated:  June 22, 2020

**GLANCY PRONGAY & MURRAY LLP**

By:  */s/ Jonathan Rotter*
Jonathan Rotter (#234137)
  *jrotter@glancylaw.com*
Lionel Glancy (#134180)
  *lglancy @glancylaw.com*
Garth Spencer (*pro hac vice*)
  *gspencer@glancylaw.com*
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiff Frank Pino and Co-Lead Counsel for the Class*

**BRAGAR EAGEL & SQUIRE, P.C.**
Lawrence P. Eagel
 *eagel@bespc.com*
David J. Stone (#208961)
 *stone@bespc.com*
Melissa A. Fortunato (#319767)
 *fortunato@bespc.com*
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5858
Facsimile: (212) 486-0462

*Attorneys for Lead Plaintiff Robert Wolfson and Co-Lead Counsel for the Class*

**LEVI & KORSINSKY, LLP**
Eduard Korsinsky
 *ek@zlk.com*
Nicholas I. Porritt
 *nporritt@zlk.com*
Nancy A. Kulesa
 *nkulesa@zlk.com*
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

*Attorneys for Plaintiff Scott Posson*

| | |
|---|---|
| Dated:  June 22, 2020 | **ARNOLD & PORTER**<br><br>By: *Gilbert R. Serota*<br>Gilbert R. Serota (#75305)<br>  gilbert.serota@arnold.porter.com<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Telephone: (415) 471-3170<br>Facsimile: (415) 471-3400<br><br>**SIDLEY AUSTIN LLP**<br>Alex Kaplan (*pro hac vice*)<br>  ajkaplan@sidley.com<br>Jon W. Muenz (*pro hac vice*)<br>  jmuenz@sidley<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone:  (212) 839-5300<br>Facsimile: (212) 839-5599<br><br>*Attorneys for Defendants* |

### ATTESTATION

I, Jonathan Rotter, am the ECF User whose identification and password are being used to file this Proposed Order for Extension of Class Certification Schedule.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Counsel for Defendants concur in this filing.


DATED:  June 22, 2020                                                              *Jonathan Rotter*
                                                                                                     Jonathan Rotter

# ORDER

Based on the Parties' stipulation and the good cause described therein, the Court GRANTS this stipulation. The following schedule shall apply:

| Event | Deadline |
|---|---|
| Pre-class certification fact depositions | July 31, 2020 |
| Plaintiffs' expert disclosures and report(s) concerning class certification (including any backup materials) | September 1, 2020 |
| Defendants' expert disclosures and report(s) concerning class certification (including any backup materials) | November 6, 2020 |
| Plaintiffs' rebuttal report(s) concerning class certification (including any backup materials) | December 23, 2020 |
| Expert depositions concerning class certification | January 6-20, 2021 |
| Plaintiffs' class certification motion and *Daubert* challenges | February 15, 2021 |
| Defendants' class certification opposition, *Daubert* challenges, and *Daubert* opposition | April 16, 2021 |
| Plaintiffs' reply brief, opposition to *Daubert* challenges, and reply to *Daubert* challenges of Defendants' expert(s) | May 5, 2021 |
| Defendants' reply to *Daubert* challenges of Plaintiffs' experts | May 31, 2021 |
| Class Certification Hearing | June 17, 2021 |
| Date for Parties to Seek to Engage in Private Mediation | September 4, 2020 |

IT IS SO ORDERED.

DATED: 6/23/2020

Hon. Richard Seeborg
U.S. District Court Judge