GILBERT R. SEROTA (#75305)
gilbert.serota@arnold.porter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3170
Facsimile: (415) 471-3400

ALEX J. KAPLAN (appearance *pro hac vice*)
ajkaplan@sidley.com
Jon W. Muenz (appearance *pro hac vice*)
jmuenz@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT CRAGO, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES SCHWAB & CO., INC., and THE CHARLES SCHWAB CORPORATION, <br><br> Defendants. | Case No.: 3:16-cv-3938-RS <br><br> <u>CLASS ACTION</u> <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF CLASS CERTIFICATION SCHEDULE AS MODIFIED BY THE COURT** |

Pursuant to Local Rule 6-2, Lead Plaintiffs Robert Wolfson and Frank Pino and named plaintiff Scott Posson ("Plaintiffs"), and Defendants Charles Schwab & Co., Inc. and The Charles Schwab Corporation ("Defendants" or "Schwab" and, together with Plaintiffs, the "Parties"), by and through their respective counsel, for good cause, hereby stipulate as follows:

WHEREAS, on April 15, 2019, the Court entered a Case Management Scheduling Order setting the case schedule through the class certification hearing (ECF No. 144), and on June 23, 2020 the Court so-ordered the Parties' stipulation to extend the case schedule (ECF No. 154);

WHEREAS, the Parties have engaged in class certification and merits discovery and are continuing to meet and confer in good faith regarding outstanding issues;

WHEREAS, pre-class certification fact depositions have been completed;

WHEREAS, Plaintiffs produced expert disclosures and a report concerning class certification on September 1, 2020, but production of certain backup expert materials was delayed;

WHEREAS, Defendants require additional time to review and respond to the complete set of Plaintiffs' expert disclosures, report and backup materials;

WHEREAS, the Parties have agreed, with the Court's approval, to modify the Case Management Scheduling Order to extend the deadlines for approximately thirty days (30) through the class certification hearing;

WHEREAS, this is the Parties' sixth request for an extension of the deadlines in the Case Management Scheduling Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL BY THIS COURT, as follows:

The deadlines through the class certification hearing shall be as follows:

| Event | Deadline |
|---|---|
| Defendants' expert disclosures and report(s) concerning class certification (including any backup materials) | December 7, 2020 |
| Plaintiffs' rebuttal report(s) concerning class certification (including any backup materials) | January 25, 2021 |
| Expert depositions concerning class certification | February 3-12, 2021 |
| Plaintiffs' class certification motion and *Daubert* challenges | March 17, 2021 |
| Defendants' class certification opposition, *Daubert* challenges, and *Daubert* opposition | May 18, 2021 |
| Plaintiffs' reply brief, opposition to *Daubert* challenges, and reply to *Daubert* challenges of Defendants' expert(s) | June 7, 2021 |
| Defendants' reply to *Daubert* challenges of Plaintiffs' experts | July 1, 2021 |
| Class Certification Hearing | July 22, 2021 |

IT IS SO STIPULATED.

Dated: November 4, 2020.                    **GLANCY PRONGAY & MURRAY LLP**

By: /s/ *Garth Spencer*
Jonathan Rotter (#234137)
jrotter@glancylaw.com
Lionel Glancy (#134180)
lglancy @glancylaw.com
Garth Spencer (appearance *pro hac vice*)
gspencer@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160

*Attorneys for Lead Plaintiff Frank Pino and Co-Lead Counsel for the Class*

**BRAGAR EAGEL & SQUIRE, P.C.**
Lawrence P. Eagel
eagel@bespc.com
David J. Stone (#208961)
stone@bespc.com
Melissa A. Fortunato (#319767)
fortunato@bespc.com
810 Seventh Avenue, Suite 620
New York, New York 10019
Telephone: (212) 308-5858
Facsimile: (212) 486-0462

*Attorneys for Lead Plaintiff Robert Wolfson and Co-Lead Counsel for the Class*

| | |
|---|---|
| | **LEVI & KORSINSKY, LLP** |
| | Rotter Eduard Korsinsky |
| | nporritt@zlk.com |
| | Nicholas I. Porritt |
| | nporritt@zlk.com |
| | Nancy A. Kulesa |
| | nkulesa@zlk.com |
| | 30 Broad Street, 24th Floor |
| | New York, New York 10004 |
| | Telephone: (212) 363-7500 |
| | Facsimile: (212) 363-7171 (#234137) |
| | *Attorneys for Plaintiff Scott Posson* |
| Dated:  November 4, 2020. | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | By:  /s/ *Gilbert R. Serota* |
| | Gilbert R. Serota (#75305) |
| | gilbert.serota@arnoldporter.com |
| | Three Embarcadero Center, 10th Floor |
| | Telephone: (415) 471-3100 |
| | Facsimile: (415) 471-3400 |
| | **SIDLEY AUSTIN LLP** |
| | Alex J. Kaplan (*pro hac vice*) |
| | ajkaplan@sidley.com |
| | Jon W. Muenz (*pro hac vice*) |
| | jmuenz@sidley.com |
| | 787 Seventh Avenue |
| | New York, NY 10019 |
| | Telephone:  (212) 839-5300 |
| | Facsimile: (212) 839-5599 |
| | *Attorneys for Defendants* |

## **ATTESTATION**

I, Gilbert R. Serota, am the ECF User whose identification and password are being used to file this Proposed Order for Extension of Class Certification Schedule.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Counsel for Plaintiffs concur in this filing.

Dated:  November 4, 2020.

/s/ *Gilbert R. Serota*
GILBERT R. SEROTA

# [PROPOSED] ORDER

Based on the Parties' stipulation and the good cause described therein, the Court GRANTS this stipulation. The following schedule shall apply:

| Event | Deadline |
| --- | --- |
| Defendants' expert disclosures and report(s) concerning class certification (including any backup materials) | December 7, 2020 |
| Plaintiffs' rebuttal report(s) concerning class certification (including any backup materials) | January 25, 2021 |
| Expert depositions concerning class certification | February 3-12, 2021 |
| Plaintiffs' class certification motion and *Daubert* challenges | March 17, 2021 |
| Defendants' class certification opposition, *Daubert* challenges, and *Daubert* opposition | May 18, 2021 |
| Plaintiffs' reply brief, opposition to *Daubert* challenges, and reply to *Daubert* challenges of Defendants' expert(s) | June 7, 2021 |
| Defendants' reply to *Daubert* challenges of Plaintiffs' experts | July 1, 2021 |
| Class Certification Hearing | July 22, 2021 |

IT IS SO ORDERED.

DATED: November 5, 2020

_____
The Honorable Richard Seeborg
United States District Judge