LIONEL Z. GLANCY (#134180)
  lglancy@glancylaw.com
JONATHAN ROTTER (#234137)
  jrotter@glancylaw.com
GARTH SPENCER
  gspencer@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

LAWRENCE P. EAGEL (*pro hac vice*)
  eagel@bespc.com
DAVID J. STONE (#208961)
  stone@bespc.com
MELISSA A. FORTUNATO (#319767)
  fortunato@bespc.com
BRAGAR EAGEL & SQUIRE, P.C.
810 Seventh Avenue, Suite 620
New York, New York 10019
Telephone: (212) 308-5858
Facsimile: (212) 486-0462

ADDITIONAL COUNSEL ON SIGNATURE BLOCK

*Attorneys for Lead Plaintiffs and Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT CRAGO, Individually And On Behalf Of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CHARLES SCHWAB & CO., INC., and THE CHARLES SCHWAB CORPORATION,<br><br>  Defendants. | Case No. 3:16-cv-3938-RS<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF CLASS CERTIFICATION SCHEDULE** |

Pursuant to Local Rule 6-2, Lead Plaintiffs Robert Wolfson and Frank Pino and named plaintiff Scott Posson ("Plaintiffs"), and Defendants Charles Schwab & Co., Inc. and The Charles Schwab Corporation ("Defendants" or "Schwab" and, together with Plaintiffs, the "Parties"), by and through their respective counsel, for good cause, hereby stipulate as follows:

WHEREAS, on April 15, 2019, the Court entered a Case Management Scheduling Order setting the case schedule through the class certification hearing (ECF No. 144), and on November 5, 2020 the Court so-ordered the Parties' stipulation to extend the case schedule (ECF No. 156).

WHEREAS, the Parties have engaged in class certification and merits discovery and are continuing to meet and confer in good faith regarding outstanding issues;

WHEREAS, pre-class certification fact depositions have been completed;

WHEREAS, Plaintiffs produced expert disclosures and a report concerning class certification on September 1, 2020;

WHEREAS, Defendants produced expert disclosures and a report concerning class certification on December 7, 2020;

WHEREAS, Plaintiffs require additional time to review and respond to the complete set of Defendants' expert disclosures due to a family medical emergency that will prevent Plaintiffs' expert from completing his rebuttal report on time;

WHEREAS, to accommodate Plaintiffs' scheduling request, Defendants require an extension of subsequent deadlines in light of other scheduling conflicts;

WHEREAS, the Parties have agreed, with the Court's approval, to modify the Case Management Scheduling Order to extend the deadlines by approximately forty to sixty days through the class certification hearing;

WHEREAS, this is the Parties' seventh request for an extension of the deadlines in the Case Management Scheduling Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL BY THIS COURT, as follows:

The deadlines through the class certification hearing shall be as follows:

| Event | Deadline |
|---|---|
| Plaintiffs' rebuttal report(s) concerning class certification (including any backup materials) | March 12, 2021 |
| Expert depositions concerning class certification | April 6-15, 2021 |
| Plaintiffs' class certification motion and *Daubert* challenges | April 30, 2021 |
| Defendants' class certification opposition, *Daubert* challenges, and *Daubert* opposition | June 30, 2021 |
| Plaintiffs' reply brief, opposition to *Daubert* challenges, and reply to *Daubert* challenges of Defendants' expert(s) | July 19, 2021 |
| Defendants' reply to *Daubert* challenges of Plaintiffs' experts | August 16, 2021 |
| Class Certification Hearing | On or after September 20, 2021 at a date and time convenient to the Court |

IT IS SO STIPULATED.

Dated:  January 25, 2021

**GLANCY PRONGAY & MURRAY LLP**

By:  /s/ Jonathan Rotter
Jonathan Rotter (#234137)
  jrotter@glancylaw.com
Lionel Glancy (#134180)
  lglancy @glancylaw.com
Garth Spencer (*pro hac vice*)
  gspencer@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiff Frank Pino and Co-Lead Counsel for the Class*

**BRAGAR EAGEL & SQUIRE, P.C.**
Lawrence P. Eagel
  eagel@bespc.com
David J. Stone (#208961)
  stone@bespc.com
Melissa A. Fortunato (#319767)
  fortunato@bespc.com
810 Seventh Avenue, Suite 620
New York, New York 10019
Telephone: (212) 308-5858
Facsimile: (212) 486-0462

*Attorneys for Lead Plaintiff Robert Wolfson and Co-Lead Counsel for the Class*

**LEVI & KORSINSKY, LLP**
Eduard Korsinsky
  nporritt@zlk.com
Nicholas I. Porritt
  nporritt@zlk.com
55 Broadway, 10th Floor
New York, New York 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

*Attorneys for Plaintiff Scott Posson*

Dated:  January 25, 2021

ARNOLD & PORTER KAYE SCHOLER LLP

By:  *Gilbert R. Serota*
Gilbert R. Serota (#75305)
  gilbert.serota@arnold.porter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3170
Facsimile: (415) 471-3400

**SIDLEY AUSTIN LLP**
Alex J. Kaplan (*pro hac vice*)
  ajkaplan@sidley.com
Jon W. Muenz (*pro hac vice*)
  jmuenz@sidley
787 Seventh Avenue
New York, NY 10019
Telephone:  (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Defendants*

## ATTESTATION

I, Jonathan Rotter, am the ECF User whose identification and password are being used to file this Proposed Order for Extension of Class Certification Schedule.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Counsel for Defendants concur in this filing.

DATED:  January  25, 2021

*Jonathan Rotter*
Jonathan Rotter

## ORDER

Based on the Parties' stipulation and the good cause described therein, the Court GRANTS this stipulation. The following schedule shall apply:

| Event | Deadline |
|---|---|
| Plaintiffs' rebuttal report(s) concerning class certification (including any backup materials) | March 12, 2021 |
| Expert depositions concerning class certification | April 6-15, 2021 |
| Plaintiffs' class certification motion and *Daubert* challenges | April 30, 2021 |
| Defendants' class certification opposition, *Daubert* challenges, and *Daubert* opposition | June 30, 2021 |
| Plaintiffs' reply brief, opposition to *Daubert* challenges, and reply to *Daubert* challenges of Defendants' expert(s) | July 19, 2021 |
| Defendants' reply to *Daubert* challenges of Plaintiffs' experts | August 16, 2021 |
| Class Certification Hearing | September 23, 2021 |

IT IS SO ORDERED.

DATED: January 28, 2021

_____
Hon. Richard Seeborg
U.S. District Court Judge