LIONEL Z. GLANCY (#134180)
  lglancy@glancylaw.com
JONATHAN ROTTER (#234137)
  jrotter@glancylaw.com
GARTH SPENCER (*pro hac vice*)
  gspencer@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

LAWRENCE P. EAGEL (*pro hac vice*)
  eagel@bespc.com
DAVID J. STONE (#208961)
  stone@bespc.com
MELISSA A. FORTUNATO (#319767)
  fortunato@bespc.com
BRAGAR EAGEL & SQUIRE, P.C.
810 Seventh Avenue, Suite 620
New York, New York 10019
Telephone: (212) 308-5858
Facsimile: (212) 486-0462

*Attorneys for Lead Plaintiffs Robert Wolfson and Frank Pino and Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT CRAGO, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC., and THE CHARLES SCHWAB CORPORATION,<br><br>Defendants. | Case No. 3:16-cv-3938-RS<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND ORDER FOR LEAVE TO FILE EXCESS PAGES** |

Pursuant to Local Rules 7-4 and 7-11, Lead Plaintiffs Robert Wolfson and Frank Pino and named plaintiff Scott Posson ("Plaintiffs"), and Defendants Charles Schwab & Co., Inc. and The Charles Schwab Corporation ("Defendants" or "Schwab" and, together with Plaintiffs, the "Parties"), by and through their respective counsel, for good cause, hereby stipulate as follows:

1. Plaintiffs shall be permitted 50 pages of briefing for their memorandum in support of their upcoming Motion for Class Certification; and

2. Defendants will reserve a request for additional pages for their anticipated opposition to Plaintiffs' Motion for Class Certification.

IT IS SO STIPULATED.

Dated:  April 28, 2021                                    **GLANCY PRONGAY & MURRAY LLP**

By:   /s/ Jonathan Rotter
Jonathan Rotter (#234137)
  jrotter@glancylaw.com
Lionel Glancy (#134180)
  lglancy @glancylaw.com
Garth Spencer (*pro hac vice*)
  gspencer@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiff Frank Pino and Co-Lead Counsel for the Class*

**BRAGAR EAGEL & SQUIRE, P.C.**
Lawrence P. Eagel
  eagel@bespc.com
David J. Stone (#208961)
  stone@bespc.com
Melissa A. Fortunato (#319767)
  fortunato@bespc.com
810 Seventh Avenue, Suite 620
New York, New York 10019
Telephone: (212) 308-5858
Facsimile: (212) 486-0462

*Attorneys for Lead Plaintiff Robert Wolfson and Co-Lead Counsel for the Class*

|   |   |
|---|---|
|   | **LEVI & KORSINSKY, LLP**<br>Eduard Korsinsky<br>   nporritt@zlk.com<br>Nicholas I. Porritt<br>   nporritt@zlk.com<br>Alexander Krot<br>   akrot@zlk.com<br>30 Broad Street, 24th Floor<br>New York, New York 10004<br>Telephone: (212) 363-7500<br>Facsimile: (212) 363-7171<br><br>*Attorneys for Plaintiff Scott Posson* |
| Dated:  April 28, 2021 | **ARNOLD & PORTER**<br><br>By:   /s/ Gilbert Serota<br>Gilbert R. Serota (#75305)<br>   gilbert.serota@arnold.porter.com<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Telephone: (415) 471-3170<br>Facsimile: (415) 471-3400<br><br>**SIDLEY AUSTIN LLP**<br>Alex Kaplan (*pro hac vice*)<br>   ajkaplan@sidley.com<br>Jon W. Muenz (*pro hac vice*)<br>   jmuenz@sidley<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone:  (212) 839-5300<br>Facsimile: (212) 839-5599<br><br>*Attorneys for Defendants* |

**ATTESTATION**

I, Jonathan Rotter, am the ECF User whose identification and password are being used to file this Proposed Order Granting Plaintiffs' Motion to Exceed the Page Limit for Their Class Certification Motion. In compliance with Local Rule 5-1(i)(3), I hereby attest that Counsel for Defendants concur in this filing.

DATED:  April 28, 2021                                       */s/ Jonathan Rotter*
                                                                              Jonathan Rotter

## ORDER

Based on the Parties' stipulation and the good cause described in Plaintiffs' accompanying Administrative Motion for Leave to Exceed the Page Limit for Their Class Certification Motion, the Court GRANTS this stipulation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 5, 2021

_____
Hon. Richard Seeborg
Chief U.S. District Court Judge