LIONEL Z. GLANCY (#134180)
 lglancy@glancylaw.com
JONATHAN ROTTER (#234137)
 jrotter@glancylaw.com
GARTH SPENCER (#335424)
 gspencer@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

LAWRENCE P. EAGEL (*pro hac vice*)
 eagel@bespc.com
DAVID J. STONE (#208961)
 stone@bespc.com
MELISSA A. FORTUNATO (#319767)
 fortunato@bespc.com
BRAGAR EAGEL & SQUIRE, P.C.
810 Seventh Avenue, Suite 620
New York, New York 10019
Telephone: (212) 308-5858
Facsimile: (212) 486-0462

*Attorneys for Lead Plaintiffs Robert Wolfson and Frank Pino and Co-Lead Counsel for the Class*

[Additional Counsel on Signature Block]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT CRAGO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC., and THE CHARLES SCHWAB CORPORATION,<br><br>Defendants. | Case No. 3:16-cv-03938-RS<br><br>CLASS ACTION<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Date: September 23, 2021<br>Time: 1:30 pm<br>Crtrm.: 3, 17th Floor<br><br>Honorable Richard G. Seeborg |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs hereby bring to the Court's attention a relevant judicial opinion published after the date of Plaintiffs' reply brief in support of their motion for class certification. A copy of *B.P. v. Balwani*, No. 20-15974, 2021 WL 4077008 (9th Cir. Sept. 8, 2021) is filed herewith as Exhibit 1.

Dated: September 10, 2021

**GLANCY PRONGAY & MURRAY LLP**

By:  */s/ Garth Spencer*
Jonathan Rotter (#234137)
  jrotter@glancylaw.com
Lionel Glancy (#134180)
  lglancy @glancylaw.com
Garth Spencer (#335424)
  gspencer@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**BRAGAR EAGEL & SQUIRE, P.C.**
Lawrence P. Eagel
  eagel@bespc.com
David J. Stone (#208961)
  stone@bespc.com
Melissa A. Fortunato (#319767)
  fortunato@bespc.com
810 Seventh Avenue, Suite 620
New York, New York 10019
Telephone: (212) 308-5858
Facsimile: (212) 486-0462

*Attorneys for Lead Plaintiff Robert Wolfson and Co-Lead Counsel for the Class*

**LEVI & KORSINSKY, LLP**
Eduard Korsinsky (*pro hac vice to be submitted*)
  ekorsinsky@zlk.com
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

-and-

Nicholas I. Porritt (admitted *pro hac vice*)
  nporritt@zlk.com
Alexander A. Krot III (admitted *pro hac vice*)
  akrot@zlk.com
1101 30th Street, NW
Suite 115
Washington, DC 20007
Telephone: (202) 524-4290
Facsimile: (212) 363-7171

*Attorneys for Plaintiff K. Scott Posson*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On September 10, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 10, 2021, at Los Angeles, California.

<u>s/ Garth Spencer</u>
Garth Spencer

Plaintiffs' Statement of Recent Decision
Case No. 3:16-cv-03938-RS