UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CRAGO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC., et al.,<br><br>Defendants. | Case No. 16-cv-03938-RS<br><br>**ORDER DIRECTING CLOSURE OF CASE** |

This action has been ordered to arbitration under the terms of a written agreement between the parties and the action has been stayed. The Clerk of the Court is directed to close the case for administrative purposes. Any party may reopen the court proceedings if appropriate and necessary to do so upon conclusion of the arbitration.

**IT IS SO ORDERED**.

Dated: March 30, 2023

_____
RICHARD SEEBORG
Chief United States District Judge